MORSE v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 10, 1908.) In Error to the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, for the motion. Henry L. Stimson, U. S. Atty., opposed. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. The trial judge having heard the application to admit to bail and denied it, we are not prepared on the papers now before us to make any different disposition of the same. The motion is denied, without prejudice to its renewal after bill of exceptions is filed. See 161 Fed. 429.

---

NOOJIN v. UNITED STATES.† (Circuit Court of Appeals, Fifth Circuit. November 10, 1908.) No. 1,777. In Error to the Circuit Court of the United States for the Northern District of Alabama. Before PARDEE and SHELBY, Circuit Judges, and BURNS, District Judge.

PER CURIAM. We find none of the assignments of error well taken. The judgment of the District Court is affirmed. See, also, 155 Fed. 377.

---

SMITH et al. v. PRATT CONSOLIDATED COAL CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 10, 1908.) No. 1,844. Appeal from the District Court of the United States for the Northern District of Alabama. Before PARDEE and SHELBY, Circuit Judges, and BURNS, District Judge.

PER CURIAM. The question involved in this case is whether sufficient compensation has been allowed lawyers who successfully conducted a litigation which brought into the hands of the trustee in bankruptcy a large sum of money for distribution among creditors. The referee heard evidence and allowed $6,000. On review the District Judge, on the same and more evidence, reduced the allowance to $3,600. Under the evidence in the transcript, we are not prepared to say that either allowance was so far erroneous as to warrant a reversal. The decree of the District Court is affirmed.

---

NUNGESSER ELECTRIC BATTERY CO. v. NATIONAL CARBON CO. (Circuit Court of Appeals, Sixth Circuit. May 29, 1908.) No. 1,768. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Charles B. Miller, for appellant. E. L. Thurston, for appellee. Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

RICHARDS, Circuit Judge. This is a suit which involves the alleged infringement of patent No. 641,546 for a battery filler. The defendant, who held patent No. 809,526, for a machine for filling dry batteries attacked the validity of the patent and denied any infringement. The court below (159 Fed. 57) reached the conclusion that the complainant's patent was not anticipated and was valid, and, after a careful opinion, in which the details of the two patents were compared, held there was infringement. It is unnecessary to recount the reasons given by the lower court. We content ourselves with affirming its decree on the authority of its opinion, which appears in the record.

---

† Rehearing denied January 12, 1909.